## Commonwealth *v.* Charmello, Appellant.

Before JOHNSON, J., without a jury.

Submitted November 12, 1974. *Michael J. Rostolsky, Edgar M. Snyder,* and *Watzman, Levenson & Snyder,* for appellant; *Robert L. Eberhardt,* Assistant District Attorney, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Comer, Appellant.

Before DAUER, J.

Argued November 12, 1974. *Vincent C. Murovich, Jr.,* with him *Murovich, Reale & Fossee,* for appellant; *Robert L. Eberhardt,* Assistant District Attorney, with him *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.